MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Patrick & Laura Triplett

Chapter 7

Case No. 08-36742

Please Check One:

\_\_\_\_   Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|

SEE ATTACHED LIST

Date: August 31, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

Printed: 08/31/11 09:22 AM                                                                                      Page: 1

# Claims Distribution Small Checks

**Trustee: Mary Jo A. Jensen-Carter (430110)**

**Case: 08-36742 - TRIPLETT, PATRICK A**

| Account No. | Check No. | Issued | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
| 9200026263276 | 117 | 08/31/11 | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $7.07 |
| | 31 | 10/13/09 | 640 | St Paul Radiology, P.A.<br>166 4th St E<br>St Paul, MN 55101 | 0.50 | 0.50 | 0.50 | 0.50 |
| | 81 | 11/23/09 | 640 | HealthEast<br>NW 8947<br>PO Box 1450<br>Minneapolis, MN 55485 | 2.25 | 2.25 | 2.25 | 2.25 |
| | 91 | 12/04/09 | 640 | AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T-MOBILE USA INC<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | 1.02 | 1.02 | 1.02 | 1.02 |
| | 111 | 12/17/09 | 640 | Recovery Management Systems Corporation for GE Money Bank d/b/a Sam's Club<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 3.30 | 3.30 | 3.30 | 3.30 |

(*) Denotes objection to Amount Filed